Sue Stott (Bar No. 91144)
Anahit Samarjian (Bar No. 279417)
ASamarjian@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendant
REDBOX AUTOMATED RETAIL, LLC, and
SAVE MART SUPERMARKETS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED,<br><br>Plaintiff(s),<br><br>v.<br><br>REDBOX AUTOMATED RETAIL, LLC, et al.,<br><br>Defendant(s). | No. 12-cv-00195 PJH<br><br>**DECLARATION OF CHARLES SWANSON IN SUPPORT OF DEFENDANT SAVE MART SUPERMARKETS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** |

## DECLARATION OF CHARLES SWANSON

I, Charles Swanson, declare as follows:

1. I am employed by Save Mart Supermarkets ("Save Mart") as a Director of Store Layout & Space Management. I make this Declaration in support of Save Mart's Motion To Dismiss Plaintiffs' Complaint For Failure To State A Claim Upon Which Relief May Be Granted. I have personal knowledge of the matters stated herein, and would testify to them if called as a witness.

2. One of my job duties include administering the DVD Kiosk Operating Agreement between Save Mart and Redbox Automated Retail, LLC ("Redbox"), dated July 19, 2007, as amended. Attached as Exhibit A is a true and correct copy of the DVD Kiosk Operating Agreement between Redbox Automated Retail LLC and Save Mart Supermarkets, dated July 19, 2007, along with the First, Second, and Third Amendments.

Under 28 U.S.C. section 1746, I declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 13 day of April, 2012 in Modesto, California.

_____
CHARLES SWANSON