Sue Stott, Bar No. 91144
SStott@perkinscoie.com
Anahit Samarjian, Bar No. 279417
ASamarjian@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Defendant
REDBOX AUTOMATED RETAIL, LLC, and
SAVE MART SUPERMARKETS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED, on behalf of itself and all others similarly situated, ANGELA GRIFFITH, on behalf of herself and all others similarly situated, LISA MARIA MARTINEZ, on behalf of herself and all others similarly situated, JOSH SAUNDERS, on behalf of himself and all others similarly situated, SHANA RAY, on behalf of herself and all others similarly situated, and JENNIFER WESTBROOK, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>     v.<br><br>REDBOX AUTOMATED RETAIL, LLC, AND SAVE MART SUPERMARKETS,<br><br>  Defendants. | No. 12-cv-00195 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SAVE MART SUPERMARKETS' FRCP 12(B)(6) MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>The Honorable Phyllis J.  Hamilton |

1    Having considered Defendant Save Mart Supermarkets' Motion to Dismiss Plaintiffs'
2  claims pursuant to Federal Rule of Civil Procedure 12(b)(6), and the supporting declaration of
3  Charles Swanson and exhibits attached thereto which were lodged with the Court on April 16,
4  2012, Plaintiffs' Opposition, and Save Mart's Reply, and the oral argument of counsel:
5    IT IS HEREBY ORDERED that Defendant Save Mart's motion is GRANTED.  The
6  Court dismisses Plaintiffs' Complaint for Violations of the Americans with Disabilities Act, 42
7  U.S.C. §§ 1201, *et seq.*, The Unruh Civil Rights Act, Cal. Civ. Code 51, *et seq.*, and the
8  California Disabled Persons Act, Cal. Civ. Code §§ 54-54.3 with prejudice, as to Defendant Save
9  Mart.

12  DATED: _____

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE