1  LAURENCE PARADIS (California Bar No. 122336)
   STUART SEABORN (California Bar No. 198590)
2  MICHAEL S. NUNEZ (California Bar No. 280535)
   DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Third Floor
   Berkeley, CA 94704
4  Telephone:   (510) 665-8644
   Facsimile:   (510) 665-8511
5  TTY:         (510) 665-8716

6  JAY KOSLOFSKY (California Bar No. 97024)
   LAW OFFICES OF JAY KOSLOFSKY
7  P.O. Box 9236
   Berkeley, CA 94709
8  Telephone:   (510) 280-5627
   Fax:         (510) 845-3707

9
   Attorneys for Plaintiffs
10
   (additional attorneys listed on next page)

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED, on behalf of itself and all others similarly situated, ANGELA GRIFFITH, on behalf of herself and all others similarly situated, LISA MARIA MARTINEZ, on behalf of herself and all others similarly situated, JOSH SAUNDERS, on behalf of himself and all others similarly situated, SHANA RAY, on behalf of herself and all others similarly situated, and JENNIFER WESTBROOK, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>REDBOX AUTOMATED RETAIL, LLC, AND SAVE MART SUPERMARKETS,<br><br>                Defendants. | No. 12-cv-00195 PJH<br><br>(**PROPOSED**) ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT; CERTIFYING SETTLEMENT CLASS; DIRECTING ISSUANCE OF SETTLEMENT NOTICE; AND SCHEDULING OF HEARING ON FINAL APPROVAL |

---

*Lighthouse for the Blind, et al., v. Redbox Retail, et al.,* **Case No.: C12-00195 PJH**
**ORDER RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
LEGAL122499901.1

1 | Sue Stott (Bar No. 91144)
SStott@perkinscoie.com
2 | PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3 | San Francisco, CA  94111-4131
Telephone:  415.344.7000
4 | Facsimile:  415.344.7050

5 | Amanda J. Beane (*pro hac vice*)
ABeane@perkinscoie.com
6 | PERKINS COIE LLP
1201 Third Avenue, Suite 4900
7 | Seattle, WA  98101-3099
Telephone:  206.359.8000
8 | Facsimile:  206.359.9000

9 | Attorneys for Defendants

10 | REDBOX AUTOMATED RETAIL, LLC and SAVE MART SUPERMARKETS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Lighthouse for the Blind, et al., v. Redbox Retail, et al.,* **Case No.: C12-00195 PJH**
**ORDER RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
LEGAL122499901.1

WHEREAS, the Parties in the above-captioned litigation have advised the Court that they have settled the litigation, the terms of which have been memorialized in a settlement agreement (hereafter "Settlement Agreement").

WHEREAS, the parties have applied to this Court through a joint motion for an order (1) certifying the proposed class for settlement purposes only, (2) granting preliminary approval of the Agreement resolving all claims in the above-captioned matter, (3) directing notice to the settlement class, and (4) setting a fairness hearing; and

WHEREAS, the Court has read and considered the Joint Motion for Preliminary Approval, the points and authorities and declarations submitted therewith, the proposed Settlement Agreement, and all of the supporting documents; and good cause appearing:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Settlement Agreement and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement.

2. The Joint Motion for Preliminary Approval of the Agreement ("Joint Motion") is granted. All pending pretrial deadlines and the trial date are hereby vacated. It appears to this Court on a preliminary basis that the Settlement Agreement is fair, adequate and reasonable.

3. The proposed Settlement Class is hereby preliminarily certified pursuant to FRCP 23(a) and (b)(3) for purposes of settlement. The Settlement Class is defined as:

> All Legally Blind individuals who, due to the visual interface utilized at the Redbox Kiosks located in California, have attempted but were unable to access the products or services available at Redbox Kiosks located in California, or were deterred from accessing those products or services at the Redbox Kiosks in California, between January 12, 2010 and November 12, 2014. "Legally Blind" individuals include all persons with visual impairments who meet the legal definition of blindness in that they have a visual acuity with correction of less than or equal to 20 x 200 in the better eye, or they have a visual field limitation such that the widest diameter of the visual field, in the better eye, subtends an angle no greater than 20 degrees, as measured with a Goldmann III4e or equivalent size stimulus. Some people who meet this definition have limited vision. Others have no vision.

4. Certification of the settlement class shall be solely for settlement purposes and without prejudice in the event that the Agreement is not finally approved by this Court or otherwise does not take effect. Certification of the settlement class shall be vacated and shall have no effect in the event that the Agreement is not finally approved by this Court or otherwise does not take effect.

5. The Court hereby appoints and designates Named Plaintiffs Angela Griffith, Lisamaria Martinez, Josh Saunders, Shana Ray and Jennifer Westbrook as representatives of the Settlement Class.

6. The Court hereby appoints and designates the Named Plaintiffs' attorneys of record as Class Counsel for the Settlement Class.

7. Notice of the proposed Settlement Agreement shall be given to class members. The Long Form Notice attached as Exhibit C to the Agreement and the Short Form Notice attached as Exhibit D to the Agreement are hereby approved as to form. By August 13, 2014, the Parties shall distribute the Notice of the proposed Settlement Agreement advising the Class of the terms of the proposed Settlement Agreement and their right to object to the proposed Settlement Agreement. This Notice shall be distributed as follows:

   a) Class Counsel and Defendants shall ensure that the Long Form Notice and Short Form Notice shall be posted on the Settlement Website during the period starting on August 13, 2014 and ending on November 12, 2014. The Settlement website shall also contain access to the Claim Form (in a form materially identical to the Claim Form attached as Exhibit A to the Settlement Agreement) and contain instructions for completing Claims Forms (in a form materially identical to the Claim Form Instructions attached as Exhibit B to the Settlement Agreement).

   b) Defendants shall provide the Notice to any person that has complained to Redbox or Save Mart about the accessibility of the Kiosks in California for the blind or visually impaired, if any, and to the extent Redbox or Save Mart is reasonably aware of such complaint and has either an email address or mailing address for

such person(s).  If Redbox or Save Mart has an email address for any person requiring notice under this Section, the Notice shall be provided by email in an accessible electronic format, which are electronic formats, including Microsoft Word Documents, properly formatted PDF files, RTF files, and text files, that can be read using screen reading technology.  If Redbox or Save Mart has a mailing address for anyone requiring notice under this Section, the mailing addresses for these individuals shall be provided to Class Counsel, and Class Counsel shall mail to each individual through U.S. mail hard copies of the Notice in an alternate accessible format.  For purposes of this Section "alternate accessible format" refers to Braille documents, large print documents, audio recordings, or other formats that legally blind individuals can independently read.

c) Class Counsel shall post the Long Form Notice and Short Form Notice on the website of Disability Rights Advocates during the period starting on August 13, 2014 and ending on November 12, 2014;

d) Class counsel shall electronically mail the Long Form Notice to the following email list serves, which exist to provide information relevant to blind Californians: nfbc-info@nfbnet.org, cabs-talk@nfbnet.org, and the California Council of the Blind's email list serve.

e) Class Counsel shall electronically mail the Long Form Notice to the following organizations serving blind persons in California:

Lions Center for the Blind
2115 Broadway
Oakland, CA 94612
Phone: (510) 450-1580
Website: http://www.lbcenter.org/

Vista Center for the Blind and Visually Impaired
2470 El Camino Real, Suite 107
Palo Alto, CA 94306
Phone: (650) 858-0202
Toll-Free phone: (800) 660-2009
Fax: 650-858-0214

Website: http://www.vistacenter.org/

Santa Clara Valley Blind Center
101 North Bascom Avenue
San Jose, CA 95128
Phone: 408-295-4016
Fax: 408-295-1398
Website: www.visionbeyondsight.org

San Francisco - Independent Living Resource Center San Francisco (ILRC-SF)
649 Mission Street, 3rd Floor
San Francisco, CA 94105
Phone: (415) 543-6222
Fax: (415) 543-6318
Website: http://www.ilrcsf.org/

Santa Clara Valley Blind Center
101 North Bascom Avenue
San Jose, CA 95128
Tel: 408-295-4016
Fax: 408-295-1398
Website: www.visionbeyondsight.org

San Jose - Silicon Valley Independent Living Center (SVILC)
2202 N. First Street
San Jose, CA 95131
Phone: (408) 894-9041
Fax: (408) 894-9050
TDD: (408) 894-9012
Website: http://www.svilc.org/

San Mateo - Center for Independence of Individuals with Disabilities (CID)
1515 South El Camino, Suite 400
San Mateo, CA 94402
Phone: (650) 645-1780
Fax: (650) 645-1785
Website: http://www.cidsanmateo.org/

East Bay Center for the Blind
2928 Adeline Street
Berkeley, CA 94703-2503
Phone: (510) 843-6935
Fax: (510) 843-6006
Website: http://eastbaycenterfortheblind.org/

The Hatlen Center for the Blind
2430 Road 20 #B112
San Pablo, CA 94806-3704

Phone: (510) 234-4984
Fax: (510) 234-4986
Website: http://www.hcblind.org/about/

California Department of Rehabilitation: Orientation Center for the Blind
400 Adams Street
Albany, CA 94706
Phone: (510) 559-1208
Website: http://www.dor.ca.gov/OCB/index.html

Berkeley - Center for Independent Living (CIL)
3075 Adeline Street, Ste. 100
Berkeley, CA 94703
Phone: (510) 841-4776
Fax: (510) 841-6168
Website: http://www.cilberkeley.org/

Concord - Independent Living Resources of Solano & Contra Costa Counties (ILR)
1850 Gateway Blvd., Suite 120
Concord, CA 94520
Phone: (925) 363-7293
Fax: (925) 363-7296
Website: http://www.ilrscc.org/

Hayward - Community Resources for Independent Living (CRIL)
439 A Street
Hayward, CA 94541
Phone: (510) 881-5743
Fax: (510) 881-1593
Website: http://crilhayward.org/

Marin Center for Independent Living (MCIL)
710 Fourth Street
San Rafael, CA 94901
Phone: (415) 459-6245
Fax: (415) 459-7047
Website: http://www.marincil.org/

Society for the Blind
1238 S Street
Sacramento, CA 95811
Phone: (916) 452-8271
Fax: (916) 492-2483.
Website: http://www.societyfortheblind.org

Blind & Visually Impaired Center of Monterey County
225 Laurel Avenue
Pacific Grove, CA 93950

Local Telephone: (831) 649-3505
Toll Free Telephone: (800) 404-3505
Website: http://www.blindandlowvision.org

California School for the Blind
500 Walnut Avenue
Fremont, CA 94536
Phone: (510) 794-3800
Website: http://www.csb-cde.ca.gov

Community Center for the Blind
130 West Flora Street
Stockton, CA 95202
Phone: (209) 466-3836
Website: http://www.communitycenterfortheblind.org/

Chico: Independent Living Services of Northern California (ILSNC)
The Jennifer Roberts Building
1161 East Avenue
Chico, CA 95926
Phone: (800) 464-8527
Fax: (530) 893-8574
VP/TTY: (530) 893-8527
Website: http://ilsnc.org/

Santa Rosa - Disability Services & Legal Center (DSLC)
521 Mendocino Ave
Santa Rosa, CA 95401
Phone: (707) 528-2745
Fax: (707) 528-9477
TTY: (707) 528-2151
Website: http://www.disabilityserviceandlegal.org/

Center for the Blind & Visually Impaired
1124 Baker Street
Bakersfield, CA 93305
Phone: (661) 322-5234
Website: www.cbvi.org

Auburn - Placer Independent Resource Services (PIRS)
11768 Atwood Road, Suite 29
Auburn, CA 95603
Phone: (530) 885-6100
Fax: (530) 885-3032
Website: http://www.pirs.org/

Bakersfield - Independent Living Center of Kern County (ILCKC)
5251 Office Park Drive, Ste. 200

Bakersfield, CA 93309
Phone: (661) 325-1063
Fax: (661) 325-6702
Website: http://www.ilcofkerncounty.org/

Fresno - Resources for Independence, Central Valley (RICV)
3008 North Fresno Street
Fresno, CA 93703
Phone: (559) 221-2330
Fax: (559) 221-2340
TTY: (559) 221-2342
Website: http://www.ricv.org/

Salinas - Central Coast Center for Independent Living (CCCIL)
318 Cayuga St. Suite 208
Salinas, CA 93901
Phone: (831) 757-2968
Fax: (831) 757-5549
TTY: (831) 757-3949
Website: http://www.cccil.org/

San Diego Center for the Blind and Vision Impaired
5922 El Cajon Boulevard
San Diego, CA 92115
Phone: (619) 583-1542
http://www.sdcb.org/

Braille Institute of America
741 North Vermont Avenue
Los Angeles, CA 90029
Local Telephone: (323) 663-1111
Toll Free Telephone: (800) 272-4553
Website: http://www.brailleinstitute.org

Claremont - Services Center for Independent Living (SCIL)
107 Spring Street
Claremont, CA 91711
Phone: (909) 621-6722
Fax: (909) 445-0727
Website: http://scil-ilc.org/

Downey - Southern California Rehabilitation Services (SCRS)
7830 Quill Drive, Suite D
Downey, CA 90242
Phone: (562) 862-6531
Fax: (562) 923-5274
Website: http://scrs-ilc.org/

Garden Grove - Dayle McIntosh Center (DMC)
13272 Garden Grove Blvd.
Garden Grove, CA 92843
Phone: (714) 621-3300
Fax: (714) 663-2094
Website: http://www.daylemc.org/

Long Beach - Disabled Resource Center (DRC)
2750 East Spring Street, #100
Long Beach, CA 90806-2249
Phone: (562) 427-1000
Fax: (562) 427-2027
Website: http://www.drcinc.org/

Riverside - Community Access Center (CAC)
6848 Magnolia Avenue, Suite 150
Riverside, CA 92506
Phone: (951) 274-0358
Fax: (951) 274-0833
TTY: (951) 274-0834
Website: http://www.ilcac.org/

San Bernardino - Rolling Start, Inc. (RSI)
570 West 4th Street, Suite 107
San Bernardino, CA 92401
Phone: (909) 884-2129
Fax: (909) 386-7446
TDD: (909) 884-7396
Website: http://www.rollingstart.org/contact.html

San Diego - Access to Independence San Diego (A2iSD)
8885 Rio San Diego Drive, Ste. 131
San Diego, CA 92108
Phone: (619) 293-3500
Fax: (619) 293-3508
TDD: (619) 293-7757
Website: http://www.rehab.cahwnet.gov/ILS/ILC-A2ISD.html

Santa Barbara - Independent Living Resource Center (ILRC)
423 West Victoria Street
Santa Barbara, CA 93101
Phone: (805) 963-0595
Fax: (805) 963-1350
Website: http://www.ilrc-trico.org/

Junior Blind of America
5300 Angeles Vista Boulevard
Los Angeles, CA 90043

Phone: (323) 295-4555
Website: http://www.juniorblind.org/site/

Guide Dogs for the Blind
350 Los Ranchitos Road,
San Rafael, CA 94903
Phone: (415) 499-4000
Fax: (415) 499-403
Website: http://www.guidedogs.com/site/PageServer

Guide Dogs of the Desert
60740 Dillon Road
Whitewater, CA 92282
Phone: (760) 329-6257 or (888) 883-0022
Fax: (760) 329-2866
Website: http://guidedogsofthedesert.org/contact.html

Guide Dogs of America
13445 Glenoaks Boulevard
Sylmar, CA 9134
Phone: (818) 362-5834
Fax: (818) 362-6870
Website: http://www.guidedogsofamerica.org/

Matilda Ziegler Magazine for the Blind
Email: Editor@matildaziegler.com
Website: http://www.matildaziegler.com/about/

AFB AccessWorld Magazine
Email: lhuffman@afb.net
Website: http://www.afb.org/aw/contact_aw.asp

8. The Court finds that the forms of notice to Class Members regarding the proposed Settlement Agreement, including the methods of dissemination to the proposed Settlement Class in accordance with the terms of this Order, meet the requirements for due process, the requirements of Rules 23(c)(2) and 23(e) of the Federal Rules of Civil Procedure, and constitute the best notice practicable under the circumstances.

9. Class Counsel shall file its motion for reasonable fees and costs no later than October 29, 2014 and shall provide instructions for accessing the motion for reasonable fees and costs and any exhibits to that motion on the Settlement Website and in the Notice to the Settlement Class.

10. No later than December 3, 2014, Class Counsel shall file a sworn statement evidencing compliance with the notice provisions of this order.

11. A hearing (the "Fairness Hearing") shall be held before this Court on December 17, 2014 at 9:00 a.m. in the United States District Court for the Northern District of California (Oakland Courthouse), located at 1301 Clay Street, Oakland, CA, 3rd Floor, Courtroom 3, to determine whether the Agreement shall be granted final approval, and to address any related matters, including Class Counsel's motion for an award of reasonable attorneys' fees and costs.

12. The Fairness Hearing may, from time to time and without further notice to the Settlement Class (except those who have filed timely objections or entered appearances), be continued or adjourned by order of the Court.

13. Members of the Settlement Class may register their objections to the Agreement by filing written objections with this Court.  Objections and accompanying verification must be received by November 12, 2014.  Members of the Settlement Class who also wish to appear at the Fairness Hearing and object to the Agreement in person must so state at the time they file their written objections.  Any Settlement Class member who does not make his or her objection in the manner provided for in this Order shall be deemed to have waived such objection.

14. Members of the Settlement Class may not opt out of the settlement of the injunctive and declaratory relief claims.  Members of the Settlement Class may opt out of the damages portion of the Agreement by visiting the Settlement Website and following the instructions on that website for completing and submitting an on-line opt-out statement or by submitting a written opt-out statement to the Administrator identified in Paragraph 16 below by November 12, 2014.

15. Any member of the Settlement Class who does not opt out in the manner provided by the Agreement will be bound by the Final Judgment dismissing the Action with prejudice.

16. Kurtzman Carson Consultants LLC ("KCC" and/or "Administrator") is hereby appointed as Administrator for opt-out submissions and administration of damages claims under the Agreement. The parties and KCC will administer damages claims as provided for under the Agreement. KCC shall maintain the Settlement Website and shall keep a written record of any individuals who opt out of the damages portion of the Agreement. KCC shall serve copies of any opt-out statements it receives on Class Counsel and Counsel for Redbox not later than three (3) business days after receipt thereof and shall file the opt-out statements with the Clerk of the Court not later than December 3, 2014.

17. All responses to objections shall be filed with the Court and served by mail on the Parties' Counsel and on any objectors no later than December 3, 2014.

18. Counsel for the parties is hereby authorized to utilize all reasonable procedures in connection with the administration of the Agreement which are not materially inconsistent with either this Order or the terms of the Agreement.

IT IS SO ORDERED:

Dated: July 31, 2014



PHYLLIS J. HAMILTON
Judge of the United States District Court
Northern District of California

---

*Lighthouse for the Blind, et al., v. Redbox Retail, et al.,* **Case No.: C12-00195 PJH**
**ORDER RE PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
LEGAL122499901.1