1 | LAURENCE W. PARADIS (California Bar No. 122336)
STUART SEABORN (California Bar No. 198590)
2 | MICHAEL S. NUNEZ (California Bar No. 280535)
Disability Rights Advocates
3 | 2001 Center Street, Fourth Floor
Berkeley, California  94704-1204
4 | Telephone:	(510) 665-8644
Facsimile:	(510) 665-8511
5 | TTY:	(510) 665-8716

6 | JAY KOSLOFSKY (California Bar No. 97024)
LAW OFFICES OF JAY KOSLOFSKY
7 | P.O. Box 9236
Berkeley, CA 94709
8 | Telephone:	(510) 280-5627
Fax:	(510) 845-3707

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED, on behalf of itself and all others similarly situated, ANGELA GRIFFITH, on behalf of herself and all others similarly situated, LISA MARIA MARTINEZ, on behalf of herself and all others similarly situated, JOSH SAUNDERS, on behalf of himself and all others similarly situated, SHANA RAY, on behalf of herself and all others similarly situated, and JENNIFER WESTBROOK, on behalf of herself and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>REDBOX AUTOMATED RETAIL, LLC, AND SAVE MART SUPERMARKETS,<br><br>  Defendants. | Case No. C12-00195 PJH<br><br>(**PROPOSED**) ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND DISMISSING CLAIMS<br><br>Date:    December 17, 2014<br>Time:   9:00 AM PST<br>Place:   Courtroom 3- 3rd floor, 1301 Clay Street, Oakland, CA 94612<br>Judge:  Hon. Phyllis J. Hamilton |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

1  This matter came on for hearing on December 17, 2014 in Oakland, California. The Court has considered the class settlement agreement and release ("Agreement"), the record in the action, and the arguments and authorities of counsel. Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. This Final Judgment and Order incorporates by reference the definitions in the Settlement Agreement and all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement.

2. The Court has jurisdiction over the subject matter of the action, the class representatives, all other class members, Defendant Redbox Automated Retail, LLC ("Redbox"), and Defendant Save Mart Supermarkets ("Save Mart").

3. The Court finds that the notices disseminated regarding the pendency of this action and this settlement are the best practicable under the circumstances and fully complied with the requirements of Federal Rule of Civil Procedure 23 and with due process.

4. The Court approves the settlement as set forth in the Agreement and finds that the settlement is in all respects fair, reasonable, adequate and just to the Settlement Class Members.

5. The Settlement Class is hereby finally certified pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3). The Settlement Class is defined as:

All Legally Blind individuals who, due to the visual interface utilized at the Redbox Kiosks located in California, have attempted but were unable to access the products or services available at Redbox Kiosks located in California, or were deterred from accessing those products or services at the Redbox Kiosks in California, between January 12, 2010 and November 12, 2014. "Legally Blind" individuals include all persons with visual impairments who meet the legal definition of blindness in that they have a visual acuity with correction of less than or equal to 20 x 200 in the better eye, or they have a visual field limitation such that the widest diameter of the visual field, in the better eye, subtends an angle no greater than 20 degrees, as measured with a Goldmann III4e or equivalent size stimulus. Some people who meet this definition have limited vision. Others have no vision.

6. The Court adjudges that the payment of $1,200,000 to the Settlement Class pursuant to section 11.1 of the Agreement is fair, reasonable, and adequate, and said payment shall be made pursuant to the terms of the Agreement. The Court adjudges that the service

---

*Lighthouse for the Blind and Visually Impaired et a*l.*, v. Redbox et al.*  Case No. C12-00195 PJH
**PROPOSED ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT**         1

1  award payments of $10,000 to each class representative pursuant to section 9 of the Settlement
2  Agreement are fair, reasonable, and adequate, and said payments shall be made pursuant to the
3  terms of the Agreement.  The Court adjudges that the payment of $85,000 to the Lighthouse for
4  the Blind and Visually Impaired pursuant to Section 8.3 of the Settlement Agreement for
5  monitoring Defendants' compliance with the Agreement is fair, reasonable, and adequate, and
6  said payment shall be made pursuant to the terms of the Agreement.  The Court shall enter a
7  separate order awarding reasonable attorneys' fees and costs pursuant to Section 14 of the
8  Agreement.

9         7.     The Lawsuit and all claims asserted in the Lawsuit are dismissed with prejudice
10 as to the Named Plaintiffs and Settlement Class Members.  Notwithstanding the foregoing, this
11 Judgment does not dismiss any of the individual claims for monetary damages asserted by any
12 person who has validly and timely opted out of the monetary relief portion of the Agreement as
13 provided for in section 12 of the Agreement.

14         8.     The Court retains jurisdiction over the class action, the Named Plaintiffs, the
15 class, and Defendants for a period of forty-two months from the Effective Date of the Agreement
16 to interpret and enforce the Agreement.

17         9.     The Agreement and this Judgment are not admissions of liability or fault by either
18 the Redbox Parties and/or the Save Mart Parties, or a finding of the validity of any claims in the
19 Lawsuit or of any wrongdoing or violation of law by either the Redbox Parties and/or the Save
20 Mart Parties.  Nothing in this Final Judgment shall be interpreted to prohibit the use of this
21 Judgment (1) in a proceeding to consummate or enforce the Agreement or Judgment; (2) to
22 defend against the assertion of Released Injunctive Claims or Released Damages Claims in any
23 other proceeding, or; (3) as otherwise required by law.

24 IT IS SO ORDERED:

26 Dated: 12/17/14

27                                    PHYLLIS J. HAMILTON
                                       Judge of the United States District Court
28                                     Northern District of California

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644