1  LAURENCE PARADIS (California Bar No. 122336)
   STUART SEABORN (California Bar No. 198590)
2  MICHAEL S. NUNEZ (California Bar No. 280535)
   DISABILITY RIGHTS ADVOCATES
3  2001 Center Street, Third Floor
   Berkeley, CA 94704
4  Telephone:   (510) 665-8644
   Facsimile:   (510) 665-8511
5  TTY:         (510) 665-8716

6  JAY KOSLOFSKY (California Bar No. 97024)
   LAW OFFICES OF JAY KOSLOFSKY
7  P.O. Box 9236
   Berkeley, CA 94709
8  Telephone:   (510) 280-5627
   Fax:         (510) 845-3707

9
   Attorneys for Plaintiffs
10

11                    **UNITED STATES DISTRICT COURT**

12                    **NORTHERN DISTRICT OF CALIFORNIA**

13                            **OAKLAND DIVISION**

14

15

| | |
|---|---|
| 16  LIGHTHOUSE FOR THE BLIND AND VISUALLY IMPAIRED, on behalf of itself and all others similarly situated, ANGELA GRIFFITH, on behalf of herself and all others similarly situated, LISAMARIA MARTINEZ, on behalf of herself and all others similarly situated, JOSH SAUNDERS, on behalf of himself and all others similarly situated, SHANA RAY, on behalf of herself and all others similarly situated, and JENNIFER WESTBROOK, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>REDBOX AUTOMATED RETAIL, LLC, AND SAVE MART SUPERMARKETS,<br><br>                    Defendants | No. 12-cv-00195 PJH<br><br>**(PROPOSED) ORDER GRANTING PLAINTIFFS' APPLICATION FOR REASONABLE ATTORNEYS' FEES AND COSTS** |

**[PROPOSED] ORDER**

Plaintiffs have applied to the Court for an order approving attorneys' fees and reimbursement of litigation costs to Class Counsel in the amount of $800,000, which includes: attorneys' fees in the amount of $690,000 for Class Counsel's work on the case from its inception through final approval of the Settlement Agreement ("Agreement"); $75,000 in attorneys' fees and costs for monitoring and enforcing the terms of the Agreement, and $35,000 in litigation costs. Defendants Redbox Automated Retail, LLC ("Redbox") and Save Mart Supermarkets ("Save Mart") do not oppose the motion, and these are the amounts contained in the Agreement between Plaintiffs and Defendants. Good cause appearing, the Court GRANTS Plaintiffs' Motion for Reasonable Attorneys' Fees and Costs and orders as follows:

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court hereby approves the settlement of attorneys' fees and costs in the amount of $800,000 for work performed on this matter, as stated in Section 14 of the Agreement, which includes: attorneys' fees in the amount of $690,000 for Class Counsel's work on the case through final approval of the agreement, $75,000 for monitoring and enforcing the terms of the Agreement after Final Approval, and $35,000 in litigation costs.

2. In accordance with the terms of the Agreement, such awards of attorneys' fees and reimbursement of litigation costs shall be paid to Class Counsel within forty-five days of the Effective Date of the Agreement.

**IT IS SO ORDERED:**

Dated: 12/18/14

_____
PHYLLIS J. HAMILTON
Judge of the United States District Court
Northern District of California

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, FOURTH FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644